Frank A. Moore, Respondent, v. Akeley Camera and Instrument Corporation, Appellant.—

No opinion. Present — Nolan, P. J., Carswell, Johnston, Wenzel and Schmidt, JJ.

Philip Puglisi, Appellant, v. Village of Southampton, Respondent.—

Questions of fact were presented which required submission of the issues to the jury. Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.

The People of the State of New York, Respondent, v. Roy W. Lane, Appellant.—

No opinion. Present — Johnston, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ.

The People of the State of New York, Respondent, v. Sidney H. Tannenbaum, Appellant.—

No opinion. Present — Nolan, P. J., Carswell, Adel, MacCrate and Schmidt, JJ.

(January 16, 1952.)

Jane Weitzman, Respondent, v. Paul Arenstein, Appellant.—

No opinion. Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ., concur.

(January 21, 1952.)

Pauline Baum, Respondent, v. Hadassa Crosfield, Appellant.—

Present — Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ.